UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pharaoh El-Forever Left-I Amen El, *musa*,<br><br>Petitioner,<br><br>v.<br><br>Minnesota Department of Corrections Commissioner, *Individual and Official Capacity*, and MCF-STW Warden, *Both Capacities*,<br><br>Respondents. | Civ. No. 23-3726 (JWB/TNL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

United States Magistrate Judge Tony N. Leung issued a Report and Recommendation ("R&R") on December 19, 2023. (Doc. No. 8.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The December 19, 2023 Report and Recommendation (Doc. No. 8) is **ACCEPTED**; and

2. Petitioner Pharaoh El-Forever Left-I Amen El's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 11, 2024         <u>  s/ Jerry W. Blackwell            </u>
                               JERRY W. BLACKWELL
                               United States District Judge